UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE GADOMSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>Defendant. | No. 2:17-cv-00669-TLN-AC<br><br>**ORDER RELATING CASES** |
| KELLIE GADOMSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>EQUIFAX INFORMATION SERVICES LLC,<br><br>Defendant. | No. 2:17-cv-00670-WBS-DB |
| KELLIE GADOMSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>I.C. SYSTEM, INC.,<br><br>Defendant. | No. 2:17-cv-00675-JAM-CKD |

1

| | |
|---|---|
| KELLIE GADOMSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>CB MERCHANT SERVICES dba CREDIT BUREAU OF SAN JOAQUIN COUNTY,<br><br>Defendant. | No. 2:17-cv-00676-MCE-CKD |
| KELLIE GADOMSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>WELLS FARGO BANK, N.A.,<br><br>Defendant. | No. 2:17-cv-00691-MCE-CKD |
| KELLIE GADOMSKI, Individually and on Behalf of All Others Similarly Situated,<br><br>Plaintiff,<br><br>v.<br><br>PATELCO CREDIT UNION,<br><br>Defendant. | No. 2:17-cv-00695-KJM-EFB |

Examination of the above-entitled actions reveals that they are related within the meaning of Local Rule 123(a) (E.D. Cal. 1997). The actions involve similar questions of fact and substantially similar questions of law, and would therefore entail a substantial duplication of labor if heard by different judges. Accordingly, the assignment of the matters to the same judge is likely to affect a substantial savings of judicial effort.

///

///

2

The parties should be aware that relating the cases under Local Rule 123 merely has the result that these actions are assigned to the same judge. No consolidation of the actions is affected. Under the regular practice of this court, related cases are generally assigned to the judge and magistrate judge to whom the first filed action was assigned.

IT IS THEREFORE ORDERED that the actions denominated 2:17-cv-00670-WBS-DB, 2:17-cv-00675-JAM-CKD, 2:17-cv-00676-MCE-CKD, 2:17-cv-00691-MCE-CKD, and 2:17-cv-00695-KJM-EFB are hereby reassigned to District Judge Troy L. Nunley and Magistrate Judge Allison Claire for all further proceedings. Any dates currently set in the reassigned cases are hereby VACATED. Henceforth, the caption on documents filed in the reassigned cases shall be shown as: 2:17-cv-00670-TLN-AC, 2:17-cv-00675-TLN-AC, 2:17-cv-00676-TLN-AC, 2:17-cv-00691-TLN-AC, and 2:17-cv-00695-TLN-AC, respectively.

IT IS FURTHER ORDERED that the Clerk of Court make appropriate adjustments in the assignment of civil cases to compensate for this reassignment.

Dated: April 5, 2017

Troy L. Nunley
United States District Judge

3