UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KELLIE GADOMSKI, individually and on behalf of all others similarly situated,<br><br>Plaintiff,<br><br>v.<br><br>TRANS UNION LLC,<br><br>Defendant. | No. 2:17-cv-00669-TLN-AC<br><br><br><br>**ORDER** |

This matter is before the Court on Defendant Trans Union LLC's ("Defendant") Motion to Stay (ECF No. 16). Defendant moves to stay this action until the Court resolves a motion to compel arbitration in the related case, *Gadomski v. Wells Fargo* Bank, N.A., No. 17-cv-00691-TLN-AC. (ECF No. 16 at 3.) Plaintiff Kellie Gadomski ("Plaintiff") filed a statement of non-opposition. (ECF No. 18.) Having reviewed the moving papers, the Court finds the interest of justice and judicial economy warrants a stay. Accordingly, the Court hereby STAYS this action pending determination of the Motion to Compel Arbitration in the related case, and any subsequent completion of the arbitration or litigation in that matter.

IT IS SO ORDERED.

Dated: August 7, 2017

Troy L. Nunley
United States District Judge