**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
750 B. Street, Suite 3300
San Diego, California 92101
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
KELLIE GADOMSKI

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| **KELLIE GADOMSKI, Individually and on Behalf of All Others Similarly Situated,**<br><br>Plaintiff,<br><br>v.<br><br>**TRANS UNION LLC,**<br><br>Defendant. | **Case No.: 17-cv-00669-TLN-AC**<br><br>**NOTICE OF SETTLEMENT** |

///

///

///

///

///

///

///

NOTICE IS HEREBY GIVEN that the individual dispute between Plaintiff KELLIE GADOMSKI ("Plaintiff") and Defendant TRANS UNION LLC ("Defendant") has been resolved in its entirety. The Parties anticipate filing a Joint Motion to Dismiss Plaintiff's individual claims with Prejudice and without Prejudice as to the claims of the putative class members within sixty days. Plaintiff requests that all pending dates and filing requirements be vacated and that the Court set a deadline on or after June 18, 2018 for filing a Joint Dismissal.

Respectfully submitted,

Dated: April 18, 2018    C.O. LAW, APC

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

C.O. LAW, APC
3148 MIDWAY DR., SUITE 203
SAN DIEGO, CA 92110

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is C.O. LAW, APC, 3148 Midway Dr., Suite 203, San Diego, California 92109. On April 18, 2018, I served the within document(s):

- **NOTICE OF SETTLEMENT**

☒  CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on April 18, 2018, in San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

**PROOF OF SERVICE**