**C.O. LAW, APC**
Clark Ovruchesky, Esq. (SBN: 301844)
co@colawcalifornia.com
3148 Midway Dr., Suite 203
San Diego, California 92110
Telephone: (619) 356-8960
Facsimile:  (619) 330-7610

*Attorneys for Plaintiff*,
KELLIE GADOMSKI

### UNITED STATES DISTRICT COURT
### EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **KELLIE GADOMSKI, Individually and on Behalf of All Others Similarly Situated,**<br><br>**Plaintiff,**<br><br>v.<br><br>**TRANS UNION LLC,**<br><br>**Defendant.** | **Case No.: 17-cv-00669-TLN-AC**<br><br>**STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO TRANS UNION LLC, WITH PREJUDICE**<br><br>**HON. JUDGE TROY L. NUNLEY** |

Plaintiff Kellie Gadomski (hereinafter "Plaintiff") and Defendant Trans Union LLC (hereinafter "TransUnion") (jointly hereinafter referred to as "the Parties"), hereby stipulate to dismiss Defendant TransUnion from the above-entitled action, with prejudice, with each party to bear its own costs and attorneys' fees.

DATED: June 18, 2018                Respectfully submitted,

                                    C.O. LAW, APC

                                    By: /s/ Clark Ovruchesky
                                         CLARK OVRUCHESKY, ESQ.
                                         ATTORNEY FOR PLAINTIFF

Dated:  June 18, 2018               STROOCK & STROOCK & LAVAN LLP
                                    STEPHEN J. NEWMAN
                                    BRIAN C. FRONTINO
                                    JULIETA STEPANYAN


                                    By:  _____/s/ Julieta Stepanyan_____
                                              Julieta Stepanyan

                                    Attorneys for Defendant,
                                         TRANSUNION LLC



                        **SIGNATURE CERTIFICATION**

Pursuant to Section 2(f)(4) of the Electronic Case Filing Administrative Policies and Procedures Manual, I hereby certify that the content of this document is acceptable to all defense counsels listed above, and that I have obtained their authorizations to affix their electronic signatures to this document.


Dated: June 18, 2018               **C.O. LAW, APC**

                                    By:  /s/ Clark Ovruchesky
                                         Clark Ovruchesky
                                         ATTORNEYS FOR PLAINTIFF

///
///
///
///
///
///

1

**[PROPOSED ORDER]**

2
 PURSUANT TO STIPULATION, IT IS SO ORDERED that all claims of

3
Plaintiff Kellie Gadomski against Defendant Trans Union LLC are dismissed,

4
with prejudice.  Plaintiff Kellie Gadomski and Defendant Trans Union LLC shall

5
each bear their own costs and attorneys' fees.

6

7
Date: _____          _____

8
                                                          JUDGE, United States District Court,
                                                          Eastern District of California

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

---

PROOF OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action.  My business address is C.O. LAW, APC, 3148 Midway Dr., Suite 203, San Diego, California 92110. On June 18, 2018, I served the within document(s):

- **STIPULATION AND [PROPOSED] ORDER OF DISMISSAL AS TO TRANS UNION LLC, WITH PREJUDICE**

☒   CM/ECF - by transmitting electronically the document(s) listed above to the electronic case filing system on this date before 11:59 p.m.  The Court's CM/ECF system sends an e-mail notification of the filing to the parties and counsel of record who are registered with the Court's CM/ECF system.

I declare under penalty of perjury that the above is true and correct (and that I am employed in or by the office of a member of the bar of this Court at whose direction the service was made).

Executed on June 18, 2018 San Diego, CA.

By: /s/ Clark Ovruchesky
CLARK OVRUCHESKY, ESQ.
ATTORNEY FOR PLAINTIFF

PROOF OF SERVICE